IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

FRANK MAJOR,                          :
                                      :
            Plaintiff                 :
                                      :
VS.                                   :
                                      :      NO. 5:06-CV-3 (CWH)
MR. FORD,                             :
                                      :
            Defendant                 :      PROCEEDINGS UNDER 42 U.S.C. § 1983
                                      :      BEFORE THE U. S. MAGISTRATE JUDGE

---

# O R D E R

Before the court are plaintiff FRANK MAJOR's MOTION TO COMPEL (Tab #25) and defendant MR. FORD's MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT (Tab #26).  Defendant Ford has responded to the plaintiff's MOTION TO COMPEL.  Tab #27.  Plaintiff Major's MOTION TO COMPEL also asks the court to grant summary judgment in his favor.

After reviewing the plaintiff's MOTION TO COMPEL and the defendant's response, the court notes that plaintiff Major has made no showing of a good faith effort on his part to obtain the requested information without the assistance of the court as required by Local Rule 37.  Local Rule 37 provides that "Motions to compel disclosure or discovery will not be considered unless they contain a statement certifying that movant has in good faith conferred or attempted to confer with the opposing party in an effort to secure the information without court action."  Plaintiff has submitted no such statement. Accordingly, the plaintiff's MOTION TO COMPEL DISCOVERY (Tab #25) is DENIED.

To the extent that the plaintiff Major's MOTION TO COMPEL (Tab #25) can be considered a motion for summary judgment, it is also DENIED.  Pursuant to local rules, motions for summary judgment are to be filed with a statement of undisputed material facts and a memorandum of law in support of the motion.  *See* Local Rule 7.1.  Plaintiff has submitted neither.

Upon consideration of defendant Ford's MOTION FOR EXTENSION OF TIME TO FILE MOTION

FOR SUMMARY JUDGMENT (Tab #26), the same is GRANTED.  *All parties* shall be afforded until

Friday, **December 8, 2006**, to file dispositive motions.

SO ORDERED this 8th day of NOVEMBER, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE