IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

FRANK MAJOR, :

   Plaintiff, :

      v. : CASE NO. 5:06-cv-3 (CAR)

MR. FORD, :

   Defendant. :

## J U D G M E N T

The Court by Order dated and filed February 2, 2007, having granted Defendant's Motion for Summary Judgment,

JUDGMENT is hereby entered in favor of Defendant and against Plaintiff.

This 2nd day of February, 2007.

                                              **GREGORY J. LEONARD, CLERK**

                                              **s/ Denise Partee, Deputy Clerk**